**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Great Lakes Insurance SE,** *Plaintiff,* | § § § | |
| **v.** | § | **1:25-cv-00848-ADA-SH** |
| **Lytton Springs Investments LLC and Jesus Diaz,** *Defendants.* | § § § § § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower. Dkt. 28. The report and recommendation examined Plaintiff's Motion for Summary Judgment, filed January 29, 2026 (Dkt. 21); Plaintiff's Unopposed Motion for Leave to File First-Amended Complaint, filed February 12, 2026 (Dkt. 24); and Plaintiff's First Amended Motion for Summary Judgment, filed February 12, 2026 (Dkt. 25). Judge Hightower recommended that Plaintiff's original Motion for Summary Judgment (Dkt. 21) be **DISMISSED AS MOOT** and that Plaintiff's Amended Motion for Summary Judgment (Dkt. 25) be **GRANTED**. Judge Hightower issued the report and recommendation on July 10, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court.

28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Hightower's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 28) is **ADOPTED**.

Plaintiff's original Motion for Summary Judgment (Dkt. 21) is **DISMISSED AS MOOT.**

Plaintiff's First Amended Motion for Summary Judgment (Dkt. 25) is **GRANTED.**

**IT IS HEREBY DECLARED AND ORDERED** that Plaintiff is under no duty to defend Lytton under the Lytton Policy in the Underlying Lawsuit; or to indemnify Lytton under the Lytton Policy, for any judgment in the Underlying Lawsuit; or to pay Diaz for any judgment against Lytton in the Underlying Lawsuit.

**IT IS SO ORDERED.**

**SIGNED** on July 28, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE